IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JAMES DONALD BRAMLETT, JR, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | CIVIL No: 4:12-CV-0322-CDL-MSH |
| DR. BASSEY, et. al., | : | |
| | : | PROCEEDINGS UNDER 42 U.S.C. § 1983 |
| Defendants | : | BEFORE THE U. S. MAGISTRATE JUDGE |

## ORDER

Plaintiff James Donald Bramlett, Jr., a prisoner currently confined at the Muscogee County Detention Facility in Columbus, Georgia, has filed a Motion to amend the witness list in his Complaint and an "Emergency Request for Appointment of Attorney" (ECF No. 6). As service has not yet been ordered in this case, Plaintiff need not request permission to file this amendment. *See* Fed. R. Civ. P. 15(a). The Motion to Amend is nonetheless **GRANTED**, and his amended witness list is deemed filed.

However, Plaintiff's request for legal assistance is premature. The Court cannot properly evaluate Plaintiff's need for counsel until it has an opportunity to review the responsive pleadings. If becomes apparent, at some point later in these proceedings, that counsel should be appointed in this case, after due consideration of the complexity of the issues raised or their novelty, *Poole v. Lambert*, 819 F.2d 1025 (11th Cir. 1987), the Court may entertain a renewed motion. Until then, Plaintiff's request for court-appointed counsel is **DENIED**.

2

SO ORDERED this 12th day of December, 2011.

                                                        S/Stephen Hyles
                                                       UNITED STATES MAGISTRATE JUDGE