```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

JAMES DONALD BRAMLETT, JR.,         *

     Plaintiff,                   *

vs.                                 *

                                                   CASE NO. 4:12-CV-322 (CDL)

Dr. BASSEY, et al.,                 *

     Defendants.                  *

## ORDER ON RECOMMENDATIONS BY MAGISTRATE

This matter is before the Court pursuant to recommendations by the United States Magistrate Judge entered on November 28 and December 12, 2012, dismissing certain claims against Sheriff John Darr, dismissing all claims against Captain Charles Shafer, denying Plaintiff's "emergency injunction," and allowing the claims against Dr. Bassey to proceed.  None of the parties has filed an objection to these recommendations as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the recommendations for plain error.  Finding no plain error or manifest injustice, the Court adopts the recommendations of the Magistrate Judge and makes them the order of this Court.

IT IS SO ORDERED, this 8th day of February, 2013.

                                            s/Clay D. Land
                                            CLAY D. LAND
                                            UNITED STATES DISTRICT JUDGE