```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                    COLUMBUS DIVISION
```

JAMES DONALD BRAMLETT, JR,

    Plaintiff,

vs.                      CASE NO. 4:12-CV-322-CDL-MSH

DR. BASSEY, et al.,

    Defendants.

## ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on August 26, 2013. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 17th day of September, 2013.

                                              s/Clay D. Land
                                                  CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE